Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Ocala Division

| | | |
|---|---|---|
| Patrick Dwyon Jones et. al., Kinship of Coosa Nation of North America (USA) | ) ) ) | Case No. $5:22-cv-482-GAP-PRL$ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | |
| -v- | ) ) | |
| Trooper David Ramos,  Trooper Berlyne, State of Florida, Sumter County Sheriff, Patriena Allen, Jonathan L. Owens Sr, USAA Casualty, Kwavius L. Williams, Jonathan L. Owens Jr. et, al., | ) ) ) ) ) | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick Dwyon Jones |
| Street Address | 97 Northwest Third Ave |
| City and County | Webster, Sumter |
| State and Zip Code | Florida 33597 |
| Telephone Number | 352-282-2018 |
| E-mail Address | vsanders13@mail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Trooper David Ramos |
| Job or Title *(if known)* | Florida State Trooper badge #4828 |
| Street Address | 11319 Ponce DeLeon Blvd. |
| City and County | Brooksville |
| State and Zip Code | FL 34601 |
| Telephone Number | 352-251-4020 |
| E-mail Address *(if known)* | DavidRamos@flhsmv.gov |

Defendant No. 2

| | |
|---|---|
| Name | Trooper Berlyne |
| Job or Title *(if known)* | Florida State Trooper badge #1847 |
| Street Address | 11319 Ponce DeLeon Blvd |
| City and County | Brooksville |
| State and Zip Code | FL 34601 |
| Telephone Number | 352-251-4020 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Patriena Allen |
| Job or Title *(if known)* | |
| Street Address | 36 Northwest Third Ave |
| City and County | Webster, Sumter |
| State and Zip Code | Florida 33597 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jonathan Lamont Owens Sr. |
| Job or Title *(if known)* | |
| Street Address | 9562 County Rd 235 |
| City and County | Wildwood, Sumter |
| State and Zip Code | FL 34785-8541 |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kwavius Lenard Williams |
| Job or Title *(if known)* | |
| Street Address | 36 Northwest Third Ave. |
| City and County | Webster |
| State and Zip Code | Florida 33597 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jonathan Lamont Owens Jr. |
| Job or Title *(if known)* | |
| Street Address | 9562 County Rd 235 |
| City and County | Wildwood, Sumter |
| State and Zip Code | Florida 34785-8541 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | USAA Casualty Insurance Company |
| Job or Title *(if known)* | Insurance Company |
| Street Address | 9800 Fredericksburg Road |
| City and County | San Antonio, Bexar County |
| State and Zip Code | Texas, 78288 |
| Telephone Number | 210-533-8722 ext. 42433 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | STATE OF FLORIDA |
| Job or Title *(if known)* | |
| Street Address | PL-01 THE CAPITAL |
| City and County | TALLAHASSEE, LEON COUNTY |
| State and Zip Code | FLORIDA 32399-1050 |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sumter County Sheriff |
| Job or Title *(if known)* | |
| Street Address | 7361 Powell Rd |
| City and County | Wildwood, Sumter |
| State and Zip Code | FL 34785-4237 |
| Telephone Number | 352-569-1600 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CONTINUUM OF GENOCIDE (18 USC 1091) against me and members of my family, as the injured party, by using COLOR OF LAW tactics (18 USC 242) to terrorize us (18 USC 2331(5)) and American Declaration on the Rights of Indigenous People (ADRIP) and United Nations Declaration on Human Rights (UDHR)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Patrick Dwyon Jones , is a citizen of the State of *(name)* Florida .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* .

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Trooper David Ramos , is a citizen of

UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA

Ocala Division

Patrick Dwyon Jones et. al,. Kinship of
<u>Coosa Nation of North America (USA)</u>
      Plaintiff(s)


VS                                             Case No:


Trooper David Ramos, Trooper Berlyne,
State OF FLORIDA, Sumter County Sheriff,
 Patriena Allen, Jonathan Lamont Owens Sr,
 USAA Casualty, Kwavius Lenard Williams,
 <u>Jonathan Lamont Owens Jr. et. al,.</u>
      Defendant(s)

## COMPLAINT AND REQUEST FOR INJUNCTION


1. The Defendant

a. If the defendant is an individual

The defendant  Name: <u>Trooper David Ramos .</u> is a citizen of the State of Florida. Or is a citizen of UNITED STATES


2. The Defendant

a. If the defendant is an individual

The defendant  Name: <u>Trooper Berlyne .</u> is a citizen of the State of Florida. Or is a citizen of UNITED STATES


3. The Defendant

a. If the defendant is an individual

The defendant  Name: <u>Kwavius Lenard Williams .</u> is a citizen of the State of Florida. Or is a citizen of UNITED STATES

Attachment to Complaint and Request for injunction

4. The Defendant

a. If the defendant is an individual

The defendant  Name: Patriena Allen_. is a citizen of the State of Florida. Or is a citizen of UNITED STATES

5. The Defendant

a. If the defendant is an individual

The defendant  Name: Jonathan Lamont Owens Jr. is a citizen of the State of Florida. Or is a citizen of UNITED STATES

6. The Defendant

a. If the defendant is an individual

The defendant  Name: Jonathan Lamont Owens Sr. is a citizen of the State of Florida. Or is a citizen of UNITED STATES

b. If the defendant is a corporation

The defendant, Name: STATE OF FLORIDA, is incorporated, under the laws of the State of FLORIDA, and has its principal place of business in the State of FLORIDA Or is incorporated under the Laws of UNITED STATES  _and has its principal place of business in FLORIDA

b. If the defendant is a corporation

The defendant, Name: SUMTER COUNTY SHERIFF, is incorporated, under the laws of the State of FLORIDA, and has its principal place of business in the State of FLORIDA Or is incorporated under the Laws of UNITED STATES  _and has its principal place of business in FLORIDA

b. If the defendant is a corporation

The defendant, Name: USAA Casualty Insurance Company, is incorporated, under the laws of the State of TEXAS, and has its principal place of business in the State of TEXAS Or is incorporated under the Laws of UNITED STATES  _and has its principal place of business in TEXAS

Attachment to Complaint and Request for injunction

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

the State of *(name)* | FLORIDA | . Or is a citizen of

*(foreign nation)* | UNITED STATES | .

b.    If the defendant is a corporation

The defendant. *(name)* | STATE OF FLORIDA | . is incorporated under

the laws of the State of *(name)* | FLORIDA | , and has its

principal place of business in the State of *(name)* | FLORIDA | .

Or is incorporated under the laws of *(foreign nation)* | |.

and has its principal place of business in *(name)* | FLORIDA | .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

TBD.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The incident occurred on Northwest Third Street at the Webster Flea Market, where I was left on side of the road. The assault, terror, and kidnapping occurred on private property 97 Northwest Third Ave in Webster Florida.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The accident happened on, February 17, 2022, on or about 6:40 p.m. when I was ejected out of the vehicle and left at the scene of the accident. Then On July 1, 2022, on or about 9:50 pm is when I assulted, terrorizedored and kidnap.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Incident on July 1, 2022 was due from the accident on Februry 17, 2022, when I was ejected from the spining out of control vehicle and the driver Kwavius Lenard Williams fled the secne, leaving me helpless in the middle of Northwest Third Street in Webster Florida. Then Patriena Allen, Johnathan Lemont Owen Sr, Kwavius L. Williams, and, Jonathan L Owens Jr all conspired to exclude me from the February 17, 2022, accident, in which I was severely injured. Patriena Allen and Kwavius L Williams initially fabricated the first police report to protect Kwavius L. Williams, who at the time was an unlicensed driver. Kwavius L Williams, Jonathan L. Owens Jr., Jonathan L. Owens Sr., and Patriena Allen continued to fabricate the second revised police report changing their story. Which lead to the physical harm done by Florida State Trooper David Ramos and Berlyne badge. On July 1, 2022, on or about 10:00 pm, on my private property, trespassing sign up. Two Florida State Troopers came to coerce a statement under the guise or assumption they came on the behalf of my attorney to investigate a car accident I was in almost over four months ago. Florida State Trooper David Ramos badge #4828 and Berlyne badge #1847, came onto my private property under suspicious conditions and then assaulted me to get me to comply with their interrogation which was supposed to have been a friendly follow-up. According to Trooper David Ramos badge #4828, as explained to my wife Yolanda Yvette Sanders.  As I was told I was free to go and begin to walk away. I was told I needed to be Miranda by Trooper David Ramos badge #4828. Then Trooper Berlyne badge #1847 attacked me by grabbing me from behind in a chokehold and bending me backward. As Trooper David Ramos badge # 4828 forcibly pulled both arms backward, as he called for backup stating I was running. Sumter County Sheriff arrived on my private property; Sheriff Killaran stated to my wife that he was dispatched as a backup. Trooper David Ramos asked my wife did she have proof of that day. She showed him our pictures and video of the date of my injuries time-stamped, our google data of that date, time, and life 360 data. Trooper David Ramos stated to me he didn't care about any of that information he was putting this charge on me. Trooper David Ramos and Trooper Berlyne waited almost 4 months after the initial accident to not communicate with me but to cause harm and terror. Also, upon kidnapping me, Trooper Ramos was given my kinship papers stating that I was an American Indian. Trooper David Ramos took my paper and give my wallet to my wife with all my identification in it. But somehow manage to still misclassify me as black. I was told once in the back of Trooper David Ramos's vehicle; I was being charged with Insurance Fraud. I was kidnaped from my private property and placed in a cage. Where I had to get bonded out and now subjected to embarrassment, more interruptions of having to visit by force by way of the Florida State Attorney William M Gladson and Assistant Attorney Stephen A Fern, the Fifth Judicial Circuit Court STATE OF FLORIDA in Sumter County with Mary Pavloff Hatcher Judge.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Monetary damages would not take away the damage that was caused by the negligent acts of each individual person and entity. However, it will justify my loss of wasted time, the enbarssedment, the kidnapping, my pain and suffering, and any other just remedies that would be due to the extent of the law

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Security forces of the STATE OF FLORIDA are rogue and unconstitutional with no checks and balances that caused me trauma and criminalize me due to the uninvestigated fabrication of stories from Jonathan Lamont Owens Sr. Jonathan Lamont Owens Jr, Kwavius Lenard Williams the driver, and Patriena Allen of the accident on February 17, 2022, where I was gravely injured. I was injured even more by the brutal way I was handled by Trooper Berlyne badge #1847 and Trooper David Ramos badge #4828. The suffering of having to be falsely arrested, having to deal with the embarrassment, time, and money lost, and not being able to fully receive the necessary treatments I need to completely heal from this ordeal.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

CIRCUIT COURT OF SUMTER COUNTY
STATE OF FLORIDA

STATE OF FLORIDA

VS                                              Case No: 2022CF000775AXMX

PATRICK DWYON JONES
Patrick Dwyon jones/Living Natural Being

**AFFIDAVIT OF TRUTH**

I, Patrick Dwyon Jones (hereinafter "Affiant") living man on the land 97 Northwest Third Ave, Webster, Florida 33597, and of lawful and legal age of majority and sound mind: having firsthand knowledge of the facts indisputable facts contained herein certify under penalty of perjury pursuant to the laws of the State of Florida that I have prepared the below affidavit and am competent to state that the facts contained therein are correct, complete, not misleading, and are the truth, the whole truth and nothing but the truth to the best of my knowledge and are presented in good faith and not intended to mislead.

This Affidavit of Truth is a lawful notification to you and is hereby made and sent to you. For, we have been an American/Aboriginal Indigenous/Indians, from birth regardless of the United States and its political subdivisions committing crimes of Genocide against us and our people by forcibly racially misclassifying us and "killing us on paper" which is treason against the United States Constitution, in violation of International Humanitarian Customary Law and in contravention of

the **International Convention on the Elimination of All Forms of Racial Discrimination** (1965) a

treaty in which the United States is a party of.

## STATEMENT OF FACTS

1. I Patrick Jones on February 17, 2022, on or about 5:40 p.m. went to Kwavius "Quavo" Lenard Williams's birthday party at his house. I walked to Kwavius "Quavo" Lenard Williams's home on 36 Nw 3rd Ave, Webster Florida.

2. Once I arrived, I was asked did I want to ride to Bushnell by Kwavius "Quavo" Lenard Williams. I got into Jonathan "Ricky" Lamont Owens's Toyota Corolla. I was the rear passenger behind Jacquez Keon Thomas, who was the front seat passenger.

3. In the Toyota Corolla, Jonathan "Ricky" Lamont Owens, Jacquez Keon Thomas, Kwavius "Quavo" Lenard Williams, and I Patrick Dwyon Jones travel to Bushnell.

4. At that time Kwavius "Quavo" Lenard Williams who just turned 18 was in the driver's seat, Jonathan "Ricky" Lamont Owens was in the middle back seat due to clothes, accessories, a few pairs of shoes on the floor, and a small box on the seat of the driver's back passenger seat, and Kwavius "Quavo" Lenard Williams's seat was set all the way back to the back passenger seat. Jonathan "Ricky" Lamont Owens did not was Kwavius "Quavo" Lenard Williams to be sitting between his legs, this is why he sat in the middle seat. Jacquez Keon Thomas was the front passenger, and I Patrick Dwyon Jones was in the rear passenger behind the front passenger. At that time, I was the only passenger that had on his seat belt.

5. As we first left, still in Webster traveling up County Road 733 to Northwest Tenth Ave next to the South Sumter Middle School, Kwavius "Quavo" Lenard Williams keep stopping the vehicle trying to get Jonathan "Ricky" Lamont Owens, who was seated in the middle of the rear passenger seat. Kwavius "Quavo" Lenard Williams was trying to get him to sit directly behind him. However, Jonathan "Ricky" Lamont Owens was in the middle back seat due to clothes, shoes, and other objects in the driver's passenger seat, and Kwavius "Quavo" Lenard Williams's seat was set all the way back. Because Jonathan "Ricky" Lamont Owens did not move over, caused Kwavius "Quavo" Lenard Williams to stop, two more times before proceeding.

6. Exhibit I Patrick Dwyon Jones Google Timeline Data.



7. We continued to travel to Bushnell and on the way, we stopped in Bells Corner at the Shell gas station to get gas. Kwavius "Quavo" Lenard Williams had given Jacquez Keon Thomas $20 dollars to pay for the gas. Jacquez Keon Thomas got out of the vehicle went into the store to pay for the gas and pumped the gas. As shown by Patrick Dwyon Jones

Google data timeline shows the timeline of every stop we made, the time and minutes along with a map. Still images from Google Map Data Timeline below.

8.  I also have my google data and history as evidence submitted within as exhibits.

9.  Exhibit II Patrick Dwyon Jones Google Timeline Data.



10. After, leaving the Shell gas Station we traveled up Co Rd 48 to Bushnell. We turned somewhere on or around Bushnell Park. We stopped and at that time only Kwavius "Quavo" Lenard Williams got out of the car to some unknown group of friends of his.

11. Upon leaving Bushnell, Kwavius "Quavo" Lenard Williams became angry and started auguring with Jacquez Keon Thomas, the front seat passenger.

12. Kwavius "Quavo" Lenard Williams was auguring with Jacquez Keon Thomas about a black (cigar) that he had just opened up. He asked Jacquez Keon Thomas where was the black (cigar) he just had; Jacquez told him he had it in his mouth.

13. At that time Kwavius "Quavo" Lenard Williams turned back around to go back to the spot where the unknown group was in Bushnell to look for his black(cigar). However, when he

got back to the spot we had just left. Kwavius "Quavo" Lenard Williams found his black

(cigar). He didn't get out of the car because of that.

**14.** Exhibit III Patrick Dwyon Jones Google Timeline Data.



**15.** Exhbait IV Patrick Dwyon Jones Google Timeline Data.



16. During this time Jonathan "Ricky" Lamont Owens, Jacquez Keon Thomas, and I Patrick Dwyon Jones were all telling Kwavius "Quavo" Lenard Williams that we needed to get back to his party. Because he had his family and friends that he had invited.

17. However, Kwavius "Quavo" Lenard Williams started driving back to Webster on Hwy 48 recklessly. Kwavius "Quavo" Lenard Williams started driving in the westbound lane, swerving (mobbing), and almost hitting oncoming cars.

18. Exhibit V Patrick Dwyon Jones Google Timeline Data.



19. We ended up stopping by Corey Godfrey's house in the sub on Ninth Ave in Webster. No one got out of the vehicle. Corey Godfrey spoke to me Patrick Dwyon Jones and all the other occupants in the vehicle. We were there for on or about under 5 minutes.

**20.** Exhibit VI Patrick Dwyon Jones Google Timeline Data.



**21.** After Kwavius "Quavo" Lenard Williams drives off from Corey's house, we made our way

to Northwest Third Street.  Kwavius "Quavo" Lenard Williams begins to drive at a high

rate of speed on Northwest Third Street after he turns off of Northwest Ninth Ave.

22. At that time, I Patrick Dwyon Jones, Jonathan "Ricky" Lamont Owens, and Jacquez Keon
Thomas all were telling Kwavius "Quavo" Lenard Williams to slow down. Because at that
time Kwavius "Quavo" Lenard Williams was doing right at or about 50 mph.

23. Exhibit VII Patrick Dwyon Jones Google Timeline Data.



24. Instead of slowing down Kwavius "Quavo" Lenard Williams got mad and went faster. All
while swerving (mobbing) from right to left all over Northwest Third Street.

25. Right after passing Northwest Sixth Street on Northwest Third Street, Kwavius "Quavo"
Lenard Williams nearly missed an oncoming vehicle that had to hurry up and veer off-
road in the grass, while trying to get out of the way.

26. After, Kwavius "Quavo" Lenard Williams had passed the 25mph speed sign and second
telephone pole, right after Northwest Sixth Street, Kwavius "Quavo" Lenard Williams then
increased his speed and was now doing on or about 60 mph, all while swerving (mobbing)
from right to left over the road fast.

27. During this swerving (mobbing) and fast speed was causing Jonathan "Ricky" Lamont Owens, to bounce all around in the back passenger middle seat, all while hitting up against me Patrick Dwyon Jones.

28. Jacquez Keon Thomas who was in the front passenger seat was screaming, not saying any words, but screaming. I Patrick Dwyon Jones tried holding on to the seat belt and braced myself.

29. Kwavius "Quavo" Lenard Williams after the second to last tree near the road on Northwest Third Ave, veered onto the grassy gravel on the oncoming traffic side of the road. He lost control of the vehicle by swerving (mobbing). Kwavius "Quavo" Lenard Williams was unable to regain control of the vehicle to get back onto the road.

30. Kwavius "Quavo" Lenard Williams never once slowed down, we came upon the Webster Flea Market paved driveway.

31. After crossing that paved driveway, Kwavius "Quavo" Lenard Williams then hit the wooded fence at an angle. This was the wooded fence right at the paved driveway at the Webster Flea Market parking on Northwest Third Street. He hit the wooded fence knocking that whole section down causing the wood posts to come throw the front windshield, of the vehicle, straight throw the car hitting Jonathan "Ricky" Lamont Owens who was seated in the middle of the back seat. One of the posts flew in hitting him in the face. The post went through the back windshield along with a lot of other wood pieces that flew into the vehicle.

32. After that we then went into the Flea Market parking lot (grassy area and gravel) spinning out of control. The last I Patrick Jones remembers was Jonathan "Ricky" Lamont Owens,

who was slumped over unconscious, bleeding, and bouncing all over the back seat onto

me, at some time the bouncing caused my seat belt to come unlocked, and then his head

slammed against my Patrick Dwyon Jones head.

33. Exhibit IX Patrick Dwyon Jones Google Timeline Data.







34. I Patrick Dwyon Jones lost consciousness, when I came through I, Patrick Dwyon Jones, was out of the car, on the opposite side of the road which is Northwest Third Street. Now watching the vehicle that I was just thrown out, continued to spin. The vehicle had cammed to a complete stop right at me at arm's length in the middle of Northwest Third Street.

35. Then Kwavius "Quavo" Lenard Williams took off again at a high rate of speed, ricocheted off the last tree, in an angel spinning back into the gravel area of the Flea Market parking lot.

36. Kwavius "Quavo" Lenard Williams still spinning came out of the parking lot and hit the rest of the wooded fence and posts knocking them completely down, causing Kwavius "Quavo" Lenard Williams to hit the mouth of the ditch at an angle.

37. After hitting the ditch, the vehicle then came up out of the ditch on the bank and onto Northwest Fourth Ave, nearly hitting the vehicle that Head (aka his street name) was driving going east on Northwest Fourth Ave.

**38.** Exhibit X Patrick Dwyon Jones Google Timeline Data.



**39.** Then Kwavius "Quavo" Lenard Williams somehow drive the vehicle off leaving the area

and leaving me on the road.

**40.** Exhibit XII Patrick Dwyon Jones Google Timeline Data.



**41.** I Patrick Dwyon Jones for possibly on or about 20 minutes on the ground, realizing that the phone I had, I could not get into, to call for help, it was not mine. I struggled without help, disoriented and in shock, I managed to get myself up off the ground. I Patrick Dwyon Jones managed to walk up Northwest Fourth Ave/478 Road. I made it to Northwest Second Ave when one of the neighbors who was a passenger of the vehicle that, Head (aka his street name) drove.

**42.** Exhibit X Patrick Dwyon Jones Google Timeline Data.



**43.** I Patrick Dwyon Jones was still in shock, disoriented, and blooding from my right arm, blood on my clothes and both shoes not knowing if it was all mine or some from Jonathan "Ricky" Lamont Owens.

**44.** I Patrick Dwyone Jones made it to my house at 97 Northwest Third Ave. I came into the kitchen where my wife was. My wife Yolanda Yvette Sanders, started yelling "what happened" I was still in a daze and stumbling. I Patrick Dwyon Jones, explained what happen. My wife Yolanda Yvette Sanders took out her phone and took pictures.

**45.** My wife Yolanda Yvette Sanders told me that I needed to go back down the street.

**46.** I Patrick Dwyon Jones, left out the driveway and walked down to where everyone was now.

**47.** Once I made it to where the vehicle ended up at. The EMS and the Sumter County Sheriff were already on the scene.

**48.** At that time everyone was everywhere all over the place. I Patrick Dwyon Jones was still in some daze but couldn't get anyone right at that time to talk to me.

**49.** I Patrick Dwyon Jones noticed that I still had the phone in my hands that were not mine.

50. Some unidentified females along with Patriena "Triena" Allen who was Kwavius "Quavo" Lenard William's mother, her guy friend, and Patriena "Triena" Allen's daughter were looking and removing things from the vehicle. The unidentified female asked me was the phone she found in the car, was it mine. I Patrick Dwyon Jones said yes that's mine, I got my phone and I give the phone that I thought was mine to her.

51. After, that I stood right there for a few minutes looking at the Sumer County Sheriff and EMS, who were working on Jonathan "Ricky" Lamont Owens, and Jacquez Keon Thomas. I Patrick Dwyon Jones went to them trying to get their attention, but at that time I was brushed aside. The EMS and Sumer County Sheriffs keep telling me Sir step aside, Sir step aside. Because the attention was more on Jonathan "Ricky" Lamont Owens, who was in a life-threatening condition, and Jacquez Keon Thomas because they believed he was shot in the arm.

52. I Patrick Dwyon Jones finally after on or about 10 minutes was able to talk to one of the EMS. I told the EMS guy that I was in the car as well with them.

53. The EMS guy said **were you,** then I Patrick Dwyon Jones said I was in the car with them. The EMS guy told me to hold on and then walked away.

54. As I Patrick Dwyon Jones stood there waiting on the EMS guy to come back to help me. He didn't come back to talk or help me. The EMS went to where Jonathan "Ricky" Lamont Owens was.

55. While all the chaos was going on at the new scene, the Florida State Troop arrived. During this time not sure how long he was on the scene. Due to the Trooper showing up as I was speaking with the EMS. I walked out to the road and tried to get the attention of the State Trooper. The Trooper keep walking and got back into his vehicle. I did not see him get back out of his vehicle. I Patrick Dwyon Jones was unable to get anyone outside of the brief communication with the EMS to talk to me.

56. At that time my wife Yolanda Yvette Sanders, and family were now standing a little outside the EMS truck. I Patrick Dwyon Jones then walked back down to where my wife Yolanda Yvette Sanders was standing.

57. The Mother of Kwavius" Quavo" Lenard Williams excluded me from being in the vehicle as they made it seem as if Jonathan "Ricky" Lamont Owens was driving and only Jonathan "Ricky" Lamont Owens, Jacquez Keon Thomas, and Kwavius "Quavo" Lenard Williams, were only in the car.

58. On February 20, 2022, I Patrick Dwyon Jones reached out to Steiner Greene and Feiner and spoke at that time to Attorney Paul Silvestri. I had to text him the pictures of my injury that you could see.

59. I Patrick Dwyon Jones from the 17th of February to the 23rd was being cared for by my wife Yolanda Yvette Sanders. Due to issues with hospitals and covid, we did not do the hospital or traditional medicine. Because I need additional help with my condition. I Patrick Dwyon Jones was then referred to Dr. Hill Chiropractor.

60. During this time, I was under the care of Dr's Hills Chiropractor, who also worked with my wife to help ease my condition with herbal remedies and physical therapy.

61. After on or about February 20, 2022, I saw Jacquez Keon Thomas, at the store, he was trying to get some aspirin and the store didn't have any. He asked did I have something for the pain. He came by and my wife gave him a bottle of Walgreens Ibuprofen, that we had. We talked about what had been happening. He told me and my wife that they were trying to put him as the driver and He knew we were all in the car.

62. Shortly later I went to Tampa for imagery and to see the Spine Surgeon.

63. While in the midst of this, I received a phone call from an unknown phone number, on or about two weeks after I saw Dr. Hill sometime in early March 2022 from Patriena "Triena" Allen, Kwavius "Quavo" Lenard Williams's Mother she had a new phone number. Patriena "Triena" Allen had on

3-way with someone who stated that he was the father of Jonathan "Ricky" Lamont Owen. These people were threatening and harassing me over the phone. Shortly after that, I received a call from Kwavius "Quavo" Lenard Williams, and by then I stop answering my phone.

64. I immediately call attorney Paul Silvestri about the harassment from these people.

65. I also inform Dr. Hill of the harassment.

66. I started staying on my own property and keeping my gate shut. This became a hostel situation and environment. I called my attorney to let them know of the continued hostile environment I was being placed in.

67. I Patrick Dwyon Jones was told by Attorney Paul Silvestri on or about in March 2022 that someone with the State Trooper was going to call me to set up a time to meet with me and Attorney Paul Silvestri. However, no one ever called me to get my statement.

68. When no one called I informed the Attorney and I was told that he was going to keep trying them (The State Trooper). The Attorney never said anything about getting the Trooper again.

69. I Patrick Dwyon Jones continue to treat by Dr. Hill Chiropractor and have seen the Spine Surgeon in Tampa twice in person and one time through a virtual visit.

70. I Patrick Dwyon Jones continued to hear different stories of the accident, that occurred on February 17, 2022, the story now that Jonathan "Ricky" Lamont Owens was now the driver.

71. I talked to my Attorney Paul Silvestri about having the people that knew I was in the car to get their number or have them write a statement. However, some are close family members, cousins, or cuz aka (people not related that just call each other as they are) of Mr. Kwavius" Quavo" Lenard Williams. And others have open cases and said that they wouldn't be able to do that because of their open case.

72. On July 1, 2022, on or about 9:50 p.m. this night started with Trooper Ramos and Trooper Berlyne showing up on my private property to coerce a statement from me under the guise or assumption

they came on the behalf of my attorney to investigate a car accident I was in almost four months ago.

73. These were Florida Highway State Troopers, one was Deputy Ramos badge number 4828 and the other one was Trooper Berlyne's who stated his badge number on video as 5060. However, on the report, his Id was 1847.

74. Also, Trooper Ramos had told my wife Yolanda Yvette Sanders that he was the officer that was supposed to have called over four months ago. I told him that he was supposed to have called and set up a time and place for him (Trooper Ramos), I, Patrick Dwyon Jones, and my Attorney Paul Silvestr, to meet. However, Trooper Ramos claimed he didn't have a number to reach me.

75. However, I have attached the email communication that Attorney Paul Silvestr had with Trooper David Ramos. Where Attorney Paul Silvestr did in fact provide all my contact information.

76. These security enforcers came onto my private property under suspicious conditions and then assaulted me to get me to comply with their interrogation which was supposed to have been a friendly follow-up. Which should have taken place closer to when the accident happened!

77. I expressed at all times to these security forces that I was American Aboriginal Indigenous Indian however they racially profiled me on paperwork as something I am not.

78. Trooper Ramos approached me saying that he came on behalf of my attorney. Who had sent him out to get a statement about the car accident on February 17, 2022? I said okay and explained the full details of the accident.

79. During our supposedly friendly follow-up, my wife came out and asked Trooper Ramos what was going on, and why they were here late at night.

80. Trooper Ramos told my wife that they were there as a following up to the February accident. My wife said okay, then went into the house because Trooper Ramos made it appear to be a friendly follow-up.

81. After, that Trooper Ramos looked at me and said no that's not what happened. That Jonathan "Ricky" Lamont Owen's father, Kwavius "Quavo" Lenard Williams's Mother Patriena "Triena" Allen, all told him that I had not been in the vehicle.

82. These people continue to change their stories of what happened that day. Trooper Ramos also told me that Kwavius "Quavo" Lenard Williams who had caused the accident switched his story and now came clean that he now was the driver. Before Kwavius Lenard Williams wasn't the driver. He said Kwavius "Quavo" Lenard Williams revised his statement and came clean. I stated that was true about the driver.

83. Then Trooper Ramos told me that I was free to stop talking to him and free to go. I Patrick Dwyon Jones said okay, I was done talking. I turned around to walk away.

84. Trooper Ramos then stated oh, I need to Miranda you.

85. I Patrick Dwyon Jones stopped and looked because I was just told I was free to go, I proceed onto my carport.

86. Trooper Berlyne came on the other side of the car and come from behind me and grabbed me around my neck in a chokehold.

87. Then Trooper Ramos called for backup stating I Patrick Dwyon Jones was running from them, then he came and grabbed both my arms and forcibly bent, them behind my back. At the same time, Trooper Berlyne had his arms around my neck.

88. I Patrick Dwyon Jones started yelling for my wife, as I was being assaulted, by these two security enforcers. I was never told I was under arrest.

89. After then Sumter County Sheriff Killaran came onto my private property.

90. All of this happened after I had given them my statement, then I was dragged from one side of the carport to the other side. Still trying to stand with one arm around my neck, hands pulled all the way back. I was then told to stop resisting even though I was now in

handcuffs with an arm still around my neck.

91.   Then both Trooper Ramos and Trooper Berlyne walked me handcuffed to the front of
Trooper Ramos's car.

92.   Trooper Ramos then stated Miranda at that time, as they began to violate me again
by searching me.

93.   I Patrick Dwyon Jones was calling out to my wife to get my Chief on the phone to call
them and to make sure she videoed this.

94.   My wife Yolanda Yvette Sanders, told them I was American Indian and she had our Chief
on the phone.

100.   At that time my wife asked for them to get their Sergeant out or for them to call the FBI
out. Trooper Berlyne said that his Sergeant was Sergeant Ritter and we had to go up
there, he wasn't coming out.

101.   My Chief and wife asked what was I being charged with. Trooper Ramos at that time
didn't answer them.

102.   My Chief told my wife to get my paperwork she then gives it to Trooper Ramos.

103.   Trooper Ramos asked my wife did she have any proof. My wife showed him photos of
my bleeding arms and a video of that day. We also have life360, which tracked my every
movement, by date, time, and speed. And my Google Timeline of that date, tracked
the date, time, and location to ping off the main areas of the location on the map.

104.   He asked if the pictures were date stamped and she showed him the dated details.

105.   Trooper Ramos came back to his car with my papers. Trooper Ramos told me that **"he
didn't give a fuck what I or my wife was saying. He said he was giving me this case it
was going on me**, and he didn't care".

106.   Only then when I was placed in Trooper Ramos's vehicle, was told I was being charged

with insurance fraud.

107.  I Patrick Dwyon Jones told them I was American Indian and my wife give them my Decree of

Religious and lawful rights of representation as an American Indian.

108.  Trooper Ramos, Trooper Berlyne, and Sheriff Killaran, all looked at my paperwork. They took

and keep my papers and then give my wife all the things in my pocket, including my wallet with

my identification.

109.  Trooper Ramos took me to Sumter County Jail. Upon arrival, I sit in Trooper Ramos's vehicle for

on or about 20 minutes before I was escorted into the Sumter County Jail. I Patrick Dwyon Jones

also expressed that the cuffs were too tight Trooper Ramos told me that they were fine he

checked them in the field.

110.  I Patrick Dwyon Jones had to get fingerprinted and photo. I Patrick Dwyon Jones saw the nurse

for my medical conditions.

111.  I Patrick Dwyon Jones asked to use the phone for my free call, 3 times, and I was given a long

number to dial (1801257303784#) which didn't work.

112.   After the guard gave me the paper with the number, I told her it was not working. Then she told

me that the phone was not working and it probably would be two days either Tuesday or

Wednesday before I could use the phone.

113.  This happened after She (the Sumter County Guard) gives the Hispanic guy to whom she was

speaking in Spanish his free phone call, and dialed the number herself.

114.  After I received my papers a uniformed person with no badge walked up to me, he did give me

his name however at this time I do not recall it.

115.  He stated he was in charge and that I said I was going to hurt his officers. I told him I didn't say

anything like that. I Patrick Dwyon Jones did ask him where he getting this from.

116.  He said he heard I Patrick Dwyon Jones was going to fight the inmates. I told him naw man look

at me and look at you all walking around here I would be a fool.

117. Then I Patrick Dwyon Jones was asked who was the President and, I told him, Trump.

118. Then he asked what day of the week it was and, I said Friday.

119. And, whom the media portrays as the President. I told him, Joe Biden.

120. I Patrick Dwyon Jones was released a little time after answering his questions, he just walked away.

121. My wife and Chief spent over 1 hour trying to locate me. They called Sumter County Jail to see where I had been taken, and they spoke to

Deputy Rodriguez at or about 10:30 pm and told them that no one was entered into the system or came in with my name. He told them that they should call the FHP.

122. My Chief and wife called FHP which told them that I had been at the county jail for about 20 minutes now, they saw me in their system.

123. My Chief and wife called back to the County and talked again to Deputy Rodriguez, he stated that all the Trooper's cars were in and the only person they had to come in was a Hispanic male. The Hispanic male and I Patrick Dwyon Jones had come in at the same time. I just walked in the door before he did.

124. Then my Chief and wife call back to FHP and spoke to a female Deputy who stated that I was not in the system yet and she didn't know where I was. She then went on to say that they could be on the side of the road or still en route.

125. My Chief explained to her the conversation she just had with FHP and they said I Patrick Dwyon Jones was at the County and had been there for on or about 20 minutes. The female Deputy then stated for them to just call back to the County again. My Chief stated that we needed to find out where our family member was and if not then we needed to contact the FBI. The female Deputy with FHP put them on hold and then told them to give the County about 17

minutes to finish putting me into the system.

126. My Chief and wife did wait on or about 17 minutes and they talked back again to Deputy

Rodriguez. He told my Chief; that Patrick Dwyon Jones was in there and I had a bond that was

for insurance fraud.

127. Deputy Rodriguez stated they can pay the $5000 bond or get $500 bail or wait to see the Judge

by video in the morning. Deputy Rodriguez stated that the Judge might raise the bond. Also, I

would have to wait until the next court date if the Bond wasn't paid.

128. I sought help from Coosa Nation of North America (USA) who advocates for Indigenous rights

across the United States.

129. A criminal complaint has been filed with the Department of Justice. Case report number.

174459-BDC.


## Summary of Conclusions

130. Subject matter to jurisdiction of the Fifth Judicial Circuit of the State of Florida,

Sumter County.

a. 18 U.S. Code § 1091 – prohibits genocide whether committed in time of peace or time of

war. (a)BASIC OFFENSE.—Whoever, whether in time of peace or in time of war and with

the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial,

or religious group as such— **(1)** kills members of that group; **(2)** causes serious bodily

injury to members of that group; **(3)** causes the permanent impairment of the mental

faculties of members of the group through drugs, torture, or similar techniques; **(4)**

subjects the group to conditions of life that are intended to cause the physical

destruction of the group in whole or in part; **(5)** imposes measures intended to prevent

births within the group; or **(6)** transfers by force <u>children</u> of the group to another group; shall be punished as provided i subsection (b).

b.  18 U.S. Code § 242 - Deprivation of rights under color of law deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

c.  18 USC 2331(5) (5)the term "<u>domestic terrorism</u>" means activities that— involve acts **dangerous to human life that are a violation of the criminal** laws of the United States or of any State; (B) appear to be intended— **(i)** to intimidate or coerce a civilian population; **(ii)** to influence the policy of a government by intimidation or coercion; or **(iii)** to affect the conduct of a government by mass destruction, assassination, or kidnapping; and **(C)** occur primarily within the territorial jurisdiction of the United States;

d.  **USM 94 Foreign Central Authority**

e.  **U.S.C 28.607§** An officer or employee of the Administrative Office shall not engage directly or indirectly in the practice of law in any court of the United States.

f.  Section 705 ILCS 220/2 Corporation Practice of Law Prohibition Act Sec. 1. It shall be unlawful for a corporation to practice law or appear as an attorney at law for any reason in any court in this state or before any judicial body, or to make it a business to practice as an attorney at law for any person in any said courts or to hold itself out to the public as being entitled to practice law or to render or furnish legal services or advice or to furnish attorneys or counsel or to render legal services of any kind in actions or proceedings of any nature or in any other way or manner to assume to be entitled to practice law, or to assume, use and advertise the title of lawyers or attorney, attorney at law, or equivalent terms in any language in such manner as to convey the impression that it is entitled to practice law, or to furnish legal advice, furnish attorneys or counsel, or to advertise that either alone or together with, or by or through, any person, whether a duly and regularly admitted attorney at law or not, it has, owns, conducts or maintains a law office or an office for the practice of law or for furnishing legal advice, services or counsel.

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on September 17, 2022.

*Patrick Dwyon Jones*
Patrick Dwyon Jones
Affiant

**From:** Paul Silvestri
**Sent:** Wednesday, April 6, 2022 10:56 AM
**To:** davidramos@flhsmv.gov
**Subject:** RE: Jones, Patrick - FHP22ON0080754
**Importance:** High

Trp. Ramos, I am following up on my email from last week. Please call me if you wish to discuss further. My direct line is 813-393-5296.

---

**From:** Paul Silvestri
**Sent:** Wednesday, March 30, 2022 12:17 PM
**To:** 'davidramos@flhsmv.gov' davidramos@flhsmv.gov
**Subject:** FHP22ON0080754

Trp. Ramos,

I represent Mr. Patrick Jones. Mr. Jones was a rear passenger in the vehicle that was involved in a single-car crash on February 17, 2022. He was ejected from the vehicle. I have attached the traffic crash report for your reference. Unfortunately, Mr. Jones was not listed on the police report. Please add Mr. Jones to your report as a passenger in Mr. Owens' vehicle. His information is listed below. Please do not hesitate to contact me with any questions.

Patrick Jones
DOB: 9/16/68
Male
Ejected
97 Northwest 3rd Avenue
Webster, FL 33597

## PAUL SILVESTRI, ESQ.
### Steinger, Greene & Feiner
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

CAUTION: This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.
This email has been scanned by the Symantec Email Security.cloud service.

This email originated from a Florida Department of Highway Safety and Motor Vehicles email address.
Always use caution when clicking links or opening attachments unless you recognize the sender and know the content is safe.
Please Note: Florida has very broad public records laws. Unless a statutory exemption applies, emails are subject to public disclosure.
This email has been scanned by the Symantec Email Security.cloud service.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CAUTION: This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.
This email has been scanned by the Symantec Email Security.cloud service.

This email originated from a Florida Department of Highway Safety and Motor Vehicles email address.
Always use caution when clicking links or opening attachments unless you recognize the sender and know the content is safe.
Please Note: Florida has very broad public records laws. Unless a statutory exemption applies, emails are subject to public disclosure.
This email has been scanned by the Symantec Email Security.cloud service.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CAUTION: This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.

This email has been scanned by the Symantec Email Security.cloud service.

---

This email originated from a Florida Department of Highway Safety and Motor Vehicles email address.
Always use caution when clicking links or opening attachments unless you recognize the sender and know the content is safe.
Please Note: Florida has very broad public records laws. Unless a statutory exemption applies, emails are subject to public disclosure.
This email has been scanned by the Symantec Email Security.cloud service.

---

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

**Attachments**

- image001.jpg



**Steinger, Greene & Feiner**
INJURYLAWYERS.COM
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Paul Silvestri
**Sent:** Wednesday, May 4, 2022 2:08 PM
**To:** davidramos@flhsmv.gov
**Subject:** RE: Jones, Patrick - FHP22ON0080754
**Importance:** High

Trp. Ramos,

This is my third attempt to reach you. Please give me a call to discuss. I represent Mr. Patrick Jones. Mr. Jones was a rear passenger in the vehicle that was involved in a single-car crash on February 17, 2022. He was ejected from the vehicle. I have attached the traffic crash report for your reference. Unfortunately, Mr. Jones was not listed on the police report. Please add Mr. Jones to your report as a passenger in Mr. Owens' vehicle. His information is listed below. Please do not hesitate to contact me with any questions.

Patrick Jones
DOB: 9/16/68
Male
Ejected
97 Northwest 3rd Avenue
Webster, FL 33597

I am following up on this investigation. Were you able to reach Mr. Jones to discuss the crash?

**PAUL SILVESTRI, ESQ.**
**Steinger, Greene & Feiner** ®
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Paul Silvestri
**Sent:** Friday, May 6, 2022 3:13 PM
**To:** davidramos@flhsmv.gov
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Trp. Ramos,

It was a pleasure speaking with you this morning. Below you can find Patrick's contact information.

Patrick Jones
352-282-2018
97 Northwest 3rd Avenue
Webster, FL 33597

Let me know if you need anything else.

**PAUL SILVESTRI, ESQ.**

sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Paul Silvestri
**Sent:** Tuesday, May 17, 2022 5:14 PM
**To:** davidramos@flhsmv.gov
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Trp. Ramos, I am following up on this one. Have you been able to contact my client, Mr. Jones?

**PAUL SILVESTRI, ESQ.**
**Steinger, Greene & Feiner**®
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Paul Silvestri
**Sent:** Wednesday, May 11, 2022 11:26 AM
**To:** davidramos@flhsmv.gov
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Trp. Ramos,

Trooper David Ramos
Florida Highway Patrol
Troop C – Brooksville District
11319 Ponce De Leon Boulevard
Brooksville, Florida 34601-8642
Office: 352-251-4020
Davidramos@flhsmv.gov
https://link.edgepilot.com/s/0f618a69/NLC6r9hvGUepBi60_nwadg?u=http://www.flhsmv.gov/

---

**From:** Paul Silvestri <psilvestri@injurylawyers.com>
**Sent:** Thursday, May 19, 2022 10:20 AM
**To:** Ramos, David <DavidRamos@flhsmv.gov>
**Subject:** [EXT] RE: Jones, Patrick - FHP22ON0080754

Trp. Ramos, Mr. Jones is waiting for your call. Please contact him at your earliest convenience so that we can move forward with his claim. His contact info is below.

Patrick Jones
352-282-2018
97 Northwest 3rd Avenue
Webster, FL 33597

## PAUL SILVESTRI, ESQ.
### Steinger, Greene & Feiner®
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged.  This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately.  If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the

Trp. Ramos,

Thank you very much for the update. Mr. Jones appreciates your efforts on this unique situation. Please let me know if there is anything I can do to assist you in your investigation.

Sincerely,

**PAUL SILVESTRI, ESQ.**
**Steinger, Greene & Feiner**®
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged.  This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately.  If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

---

**From:** Ramos, David <DavidRamos@flhsmv.gov>
**Sent:** Friday, May 20, 2022 7:03 PM
**To:** Paul Silvestri <psilvestri@injurylawyers.com>
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Good evening Mr. Silvestri,

I apologize for taking a while with this situation. I'm currently making contact with the individuals involved in the crash to gather additional information. Once I have said information, I will be contacting your client and getting his recollection of the events that transpired that evening.

Respectfully,

Davidramos@flhsmv.gov
https://link.edgepilot.com/s/a471f265/UGMf_zNV7kKldd9nTUH4iA?u=http://www.flhsmv.gov/

**From:** Paul Silvestri <psilvestri@injurylawyers.com>
**Sent:** Monday, June 6, 2022 9:49 AM
**To:** Ramos, David <DavidRamos@flhsmv.gov>
**Subject:** [EXT] RE: Jones, Patrick - FHP22ON0080754

Trp Ramos,

Have you been able to finalize your investigation?

## PAUL SILVESTRI, ESQ.
### *Steinger, Greene & Feiner*
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged.  This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately.  If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Paul Silvestri
**Sent:** Monday, May 23, 2022 9:35 AM
**To:** Ramos, David <DavidRamos@flhsmv.gov>
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Sincerely,

**PAUL SILVESTRI, ESQ.**
**_Steinger, Greene & Feiner_**
**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Ramos, David <DavidRamos@flhsmv.gov>
**Sent:** Thursday, June 9, 2022 2:46 AM
**To:** Paul Silvestri <psilvestri@injurylawyers.com>
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Good morning Paul,

I still have not been able to finalize this investigation. I am waiting on some information from another Trooper that will assist in closing this investigation.

Respectfully,
Trooper David Ramos
Florida Highway Patrol
Troop C – Brooksville District
11319 Ponce De Leon Boulevard
Brooksville, Florida 34601-8642
Office: 352-251-4020

**From:** Paul Silvestri <psilvestri@injurylawyers.com>
**Sent:** Monday, June 27, 2022 2:21 PM
**To:** Ramos, David <DavidRamos@flhsmv.gov>
**Subject:** [EXT] RE: Jones, Patrick - FHP22ON0080754
**Importance:** High

Trp Ramos, what is the status of this investigation? It has been over a month since we first spoke. Is there anything that you need from me?

**PAUL SILVESTRI, ESQ.**

**Steinger, Greene & Feiner***

**INJURYLAWYERS.COM**
201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Paul Silvestri
**Sent:** Tuesday, June 14, 2022 10:39 PM
**To:** Ramos, David <DavidRamos@flhsmv.gov>
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Thank you, I look forward to hearing from you shortly as it sounds like you are close to finalizing the investigation. Again, let me know if there is anything my client or I can do to help.

**Steinger, Greene & Feiner** ®

INJURYLAWYERS.COM

201 N. Armenia Ave
Tampa, FL 33602
**Direct & Fax:** 813.393.5296
**Main Office:** 813.540.4030
psilvestri@injurylawyers.com

This e-mail and any document(s) accompanying this transmittal contains information from Steinger, Greene & Feiner that is confidential and/or legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (954) 491-7701 or by return e-mail.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

**From:** Ramos, David <DavidRamos@flhsmv.gov>
**Sent:** Friday, July 1, 2022 11:42 PM
**To:** Paul Silvestri <psilvestri@injurylawyers.com>
**Subject:** RE: Jones, Patrick - FHP22ON0080754

Good evening Paul,

I apologize that this investigation took so long. I can finally say that my investigation is complete. I paid your client a visit this evening and he was subsequently placed under arrest for insurance fraud at approximately 9:57 pm.

Respectfully,
Trooper David Ramos
Florida Highway Patrol
Troop C – Brooksville District
11319 Ponce De Leon Boulevard
Brooksville, Florida 34601-8642
Office: 352-251-4020
Davidramos@flhsmv.gov
https://link.edgepilot.com/s/9531efdf/CznVDthvzkGQF9YJmU1gFw?u=http://www.flhsmv.gov/

**m**ail.com

## Fw: Jones, Patrick - FHP22ON0080754

| | |
|---|---|
| **From:** | "Monique Tate, PhD" <chief-bluefeather@outlook.com> |
| **To:** | "Yolanda Sanders" <ysanders13@mail.com> |
| **Date:** | Oct 20, 2022 6:00:52 PM |

Emails

## *Monique Y. Tate, PhD*

*Officially Known as Principal Chieftess Sahani Ugidahli (Blue Feather)*
**Head of State- Coosa Nation of North America (USA)**
HEADQUARTERS: 124 Saunders Street, Flovilla GA 30216-9999
**MAILING ADDRESS:** CNNA (USA) P. O. Box 1841 Jackson Ga 30233
Office: (678) 752-8455
<u>Coosa Nation State</u>
*Indigneous Rights Advocacy, Health & Healing Services, Indigenous Education*
*-One Mission, One People, One Fire*

**From:** Monique Tate, PhD <chief-bluefeather@outlook.com>
**Sent:** Friday, July 8, 2022 5:41 PM
**To:** Paul Silvestri <psilvestri@injurylawyers.com>
**Subject:** Re: Jones, Patrick - FHP22ON0080754

Thank you received!

## *Monique Y. Tate, PhD*

*Officially Known as Principal Chieftess Sahani Ugidahli (Blue Feather)*
**Head of State- Coosa Nation of North America (USA)**
HEADQUARTERS: 124 Saunders Street, Flovilla GA 30216-9999
**MAILING ADDRESS:** CNNA (USA) P. O. Box 1841 Jackson Ga 30233
Office: (678) 752-8455
<u>Coosa Nation State</u>
*Indigneous Rights Advocacy, Health & Healing Services, Indigenous Education*
*-One Mission, One People, One Fire*

**From:** Paul Silvestri <psilvestri@injurylawyers.com>
**Sent:** Friday, July 8, 2022 5:26 PM
**To:** chief-bluefeather@outlook.com <chief-bluefeather@outlook.com>
**Subject:** FW: Jones, Patrick - FHP22ON0080754

See below.

**PAUL SILVESTRI, ESQ.**

# GUILTY OF GENOCIDE!

| | | |
|---|---|---|
| BLACK, BROWN and INDIGENOUS PEOPLE | ) | International Convention on the |
| RESIDING IN THE UNITED STATES | ) | Prevention and Punishment of the Crime |
| Plaintiffs | ) | of Genocide, General Assembly Resolution 260A, et plus |
| v. | ) | |
| THE UNITED STATES and STATE and | ) | 18 U.S. Code 1091 - Genocide |
| LOCAL POLITICAL SUBDIVISIONS Defendants. | ) | |

## FINAL VERDICT of the 2021 INTERNATIONAL TRIBUNAL

### On U.S. Human Rights Abuses Against Black, Brown, and Indigenous Peoples

In Response to the People's Indictment 22 October 2021[1]

## Introduction: The Context of Our Work and Why We are Here

1. The fact that the United States of America (hereafter referred to as U.S.) has committed an array of human rights abuses against Black, Brown, and Indigenous Peoples should be as uncontroversial as it is incontrovertible.

---

[1] https://www.tribunal2021.com/_files/ugd/b9e395_08fab0e6c40f4637917c8912996f8704.pdf

2.  There is widespread agreement that settler colonialists committed genocide and other crimes against the Indigenous populations while taking their lands, implementing a brutal relocation strategy, and attempting to erase their histories and cultures. No one would disagree that enslaved Africans were forced to work the stolen settler colonial lands for centuries in subhuman conditions including torture, human trafficking, family separations, and forced breeding. These truths have been well-documented and established, to the extent that the U.S. government itself has admitted to these atrocities in various forms, using various wordings, over many decades. Despite the fact that reparations for the holocaust of African enslavement and crimes against humanity perpetrated against Indigenous peoples by the U.S. have not been forthcoming, genocide itself has been acknowledged though the use of that terminology still sparks controversy. It was notable in 2019, for example, that California Governor Gavin Newsom - in a statement giving context to the planned California Indian Heritage Center which referenced the formal Executive Order recognizing the state's discriminatory practices against Indigenous Peoples - cited the remarks of California's first governor, Peter Burnett, who vowed in 1851 to fight against Native American peoples until they become extinct.

3.  Governor Newsom's recent remarks asserted: *"It's called a Genocide. No other way to describe it. And that's the way it needs to be described in the history books."*[2]

4.  The 2021 International Tribunal on U.S. Human Rights Abuses Against Black, Brown and Indigenous Peoples argued that the conditions faced by the original inhabitants of these lands have extended and continued in various forms through to the modern era and to peoples of African descent as well as other peoples still under direct or indirect colonial control by the U.S. government and military. Reviewing the testimony and citations of dozens of expert witnesses, affected peoples, and their counsel, this Panel of Jurists collected documents based on Five Counts of human rights improprieties, examining the claims based on international law and the recognized norms of international human rights policies.

5.  Before the founding of the United Nations (UN), the term "genocide" was coined by Polish lawyer Rafael Lemkin partly in response to the Nazi policies of systemic murders of people of Jewish religion and heritage during the Holocaust. The act then went on to be recognized as a crime under international law by the United Nations General Assembly in 1946 (A/RES/96-I) and was codified as an independent crime in the 1948 Convention on the Prevention and Punishment of the Crime of Genocide.

---

[2] https://www.culturalsurvival.org/news/its-called-genocide-strength-language-us-government-apologies-native-americans

It has subsequently been ratified (as of 2022) by 152 nation-state members of the UN, including by the United States. Repeated clarifications by the International Court of Justice argue that the prohibition of genocide is a peremptory norm (*or ius cogens*), and as part of customary international law binds all States to follow its guidelines whether or not they have formally ratified the Convention.

6. In the current context, the Convention defines Genocide as: *"The intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:*
    a. *Killing members of the group;*
    b. *Causing serious bodily or mental harm to members of the group;*
    c. *Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;*
    d. *Imposing measures intended to prevent births within the group;*
    e. *Forcibly transferring children of the group to another group."*

7. To be clear, though, despite the fact that intent is required, and harm must go beyond destruction of cultural institutions, the crime of genocide may take place in the context of an armed conflict as well as in the context of a "peaceful" situation; it may be in international or non-international conflicts. The target of genocidal acts must be group-based and not individual but can be committed against only a part of the whole group, so long as that group part can be established as "substantial" (including within a distinct geographic area).

8. The 2021 International Tribunal Jurists' ruling finds substantial evidence of genocide in U.S. policy and actions towards Indigenous peoples living in North America long before the advent of the U.S. government. Furthermore, peoples of African descent—enslaved since the Middle Passage[3] origins in 1619 (the stage of the Atlantic triangular slave trade in which millions of enslaved Africans were transported to the Americas), and intensified during the development of the independent United States—have also suffered consistently with the intent to destroy as a racialized national grouping. The colonial treatment of peoples of Puerto Rican and Mexican descent has also crossed the line beyond simple neo-colonial norms, to acts of genocide based on plans to destroy those living within U.S. territory.

9. Our Verdict will be further detailed in the rulings to follow on the five counts charged in the Indictment and judged herein:
    - Police Racism and Violence

---

[3] http://slaveryandremembrance.org/articles/article/?id=A0032

- Mass Hyper-Incarceration
- Political Prisoners and Prisoners of War
- Environmental Racism
- Public Health Inequities

10. In summary, however, we find the following: As Article 7 of the UN Declaration on the Rights of Indigenous Peoples clearly states: Indigenous Peoples have the collective right to live in freedom, peace and security as distinct people and shall not be subjected to any form of genocide or any other act of violence," including the forcible removals of children or others (United Nations Declaration on the Right of Indigenous Peoples)[4]

11. U.S. Presidential Medal of Freedom recipient Suzan Shown Harjo (Cheyenne and Hodulgee Muscogee) has documented, historically and in contemporary terms, the consistency of broken treaties between the U.S. government and *Native peoples. In Nation to Nation: Treaties Between the United States and American Indian Nations* (Harjo/Smithsonian Books, 2014), this history is laid bare. Prior works explicitly deepen the case of genocidal policy and practice, as in *American Holocaust: The Conquest of the New World* (Stannard, 1992), and *A Little Matter of Genocide: Holocaust and Denial in the Americas: 1492 to the Present* (Churchill, 1997). In the more recent *Surviving Genocide* (Ostler, 2020), it is noted that the argument for "a total, relentless and pervasive genocide in the Americas" has become accepted in areas of Indigenous studies and genocide studies, but not as much so in mainstream U.S. legal circles or scholarly texts. Thus, the author considered changing their book from one focused on genocide to the simpler designation of *"forces of destruction,"* intended to ameliorate political-legal implications of genocide.

12. Ostler concluded, however: "I could not escape the sense that genocide is an integral part of the history I have written about. Genocide was not present at all times," however, suggesting that genocide was not a core part of existing practice would be to "fail to fully reckon with the fact that government officials consistently used genocidal threats to secure consent" and that "the U.S. adopted a policy of exterminating Indians who resisted its demands."

13. We are then faced with the daunting and controversial question: Was/is there a Black genocide in the U.S.? For us, an appropriate analysis of "genocide" in its defining moments–as international humanitarians and legal policymakers reviewed

---

[4] (United Nations Declaration on the Rights of Indigenous Peoples (Article 7.1 and 7.2, Article 8.1 and 8.2, Article 10

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

In accordance with U.N. Resolution 1514-Decolonization Act (1960)
Declaration on the granting of independence to colonial countries and peoples

**Article VI. Collective Rights** of the American Declaration on the Rights of Indigenous People (ADRIP) states, "*Indigenous peoples have collective rights that are indispensable for their existence, well-being, and integral development as peoples. In this regard, the states recognize and respect, the right of the indigenous peoples to their collective action; to their juridical, social, political, and economic systems or institutions; to their own culture; to profess and practice their spiritual beliefs; to use their own tongues and languages; and to their lands, territories and resources. States shall promote with the full and effective participation of the indigenous peoples the harmonious coexistence of rights and systems of the different population, groups, and cultures.*"

## THE GREAT GRAND COUNCIL

### LAWFULLY ADDRESSES

THE UNITED STATES (in America) OFFICE OF THE PRESIDENT, DEPARTMENT OF STATE AND ALL RELATIVE DEPARTMENTS AND AGENCIES, MEMBERS OF CONGRESS, AND ALL DOMESTIC POLITICAL SUBDIVISIONS (State and Local Officials), HEADS OF STATE OF MEMBER STATES OF ORGANIZATION OF AMERICAN STATES (OAS), AND SECRETARIATS OF OAS AND UNITED NATIONS, ETCETERA AND IN LAWFUL CORRESPONDENCE TO:

UNITED STATES DEPARTMENT OF STATE
Secretary Anthony Blinken
2201 C St. NW
Washington, DC 20520
c/o WHA/USOAS Bureau of Western Hemisphere Affairs Department of State
Room 5914 Washington, District of Columbia 20520
And a copy to via Email: usa@oas.org

AND

DEPARTMENT OF DEFENSE
Secretary Lloyd J. Austin III
1000 Defense Pentagon
Washington, District of Columbia 20301-1000

CNNA (USA) Headquarters: 124 Saunders Street, Flovilla, GA 30216
Mailing: P O Box 1841 Jackson, GA 30216 Office: 678)752-8455
http://coosanationstate.org

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



EMAH AHNEETAH
Head Clan Mother

SAHANI UGIDAHLI
Principal Chieftess

SURIAH OTA-DABUN
Chieftess Of Justice

**OFFICIATES THIS**

**STATE OF EMERGENCY**

Pursuant to <u>Council Resolution No. 01-032821-The Great Decree</u>, and In accordance with U.N. Resolution 1514-Decolonization Act (1960)

> "Conscious of the need for the creation of conditions of stability and well-being and peaceful and friendly relations based on respect for the principles of equal rights and self-determination of all peoples, and of universal respect for, and observance of, human rights and fundamental freedoms for all without distinction as to race, sex, language or religion, Recognizing the passionate yearning for freedom in all dependent peoples and the decisive role of such peoples in the attainment of their independence"

Wi the People find it necessary to officiate this **STATE OF EMERGENCY** due to the continuum of Ethnocide, Genocide, and DEMOCIDE against Aboriginal Indigenous Americans (American Indians/Aborigines) and American citizens committed by the UNITED STATES, ET AL., through and by its forced, de facto mRNA- genetic bioweapon in continuation of the COVID-19 ("Gain of Function Research") global population control protocol, committing treason against our organic constitutions, denying basic rights to life, liberty, and the pursuit of happiness.

The UNITED STATES, ET AL., is in violation of **The Great Law of Peace** and the CEASE-AND-DESIST order circulated by **The Great Decree** beginning in March of 2021. Subsequently, the UNITED STATES government was charged of Genocide in 1951- *We Charge Genocide*: *The Historic Petition to the United Nations for Relief From a Crime of The United States Government Against the Negro People*, and <u>again</u> in 2021 where they have been found guilty of 5 Counts of GENOCIDE by an **International Tribunal on Human Rights Abuses Against Black, Brown, and Indigenous Peoples October 23-25, 2021 New York, NY, Turtle Island, Lenape land, USA [News | Tribunal2021]**

Exercising our rights as Aboriginal Indigenous Americans to decolonize and be self-determinate continues to be impeded by benign neglect, outright denial of requests for resources and assistance, identity theft/fraud, and weaponization of the U. S. legal system whereas exhausting State remedies is impossible given actions of rogue misconduct and or inaction by the State and its political subdivisions. [SEE Home (americaunitedinternational.net)]

Moreover, transnational, and international organizations such as the OAS and United Nations are historically complicit in their oversight and correction of human rights crimes and abuses against **Aborigines** that occur on Turtle Island (in the Americas) including other territories such as West Papua and Australia.

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

Given the fact the UNITED STATES is a State Party to the <u>Convention on the Prevention and Punishment of the Crime of Genocide</u> (1948) whereas:

> "The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is crime under international law which they undertake to prevent and to punish [Article 3]…The Contracting Parties undertake to enact, in accordance with their respective Constitutions, the necessary legislation to give effect to the provisions of the present Convention, and, in particular, to provide effective penalties for persons guilty of genocide or any of the other acts enumerated in article III" [Article V]

We demand IMMEDIATE ACTION from the UNITED STATES in addressing rogue political subdivisions on how to lawfully engage us (all federal agencies, states, counties, local government, and all law enforcement, security forces etcetera) and giving notice to all state actors and reconstituting public servants in Constitutional Law and the Supreme Law of the Land which is Treaty Law:

> *"Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations;*
>     *Whereas, from the first treaty entered into with an Indian Nation, the treaty with the Delaware Indians of September 17, 1778, the Congress has assumed a trust responsibility and obligation to Indian tribes and their members*
>     *Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealing with Indians" as provided for the Northwest Ordinance of 1787, (1 Stat. 50);*
>     *Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship…"*
>         [100th CONGRESS 2D Session H. CON. RES. 331]

> *"…This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding"* [Article 6 of the United States Constitution]

CNNA (USA) Headquarters: 124 Saunders Street, Flovilla, GA 30216
Mailing: P O Box 1841 Jackson, GA 30216 Office: 678)752-8455
http://coosanationstate.org

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

Under the provisions of the <u>International Covenant on Civil and Political Rights</u> (ICCPR) in which the UNITED STATES has been a State Party since 1996, We demand the UNITED STATES work collaboratively with our Councils to implement effective remedy by

"Competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy"

As PRISONERS OF WAR and PROTECTED PERSONS in accordance with the <u>Fourth and Fifth Geneva Conventions</u>, and since we are forced Nationals (Schneider Act 1924) of an occupying, co-belligerent State and **do not** have normal diplomatic representation in the UNITED STATES, we demand all General Provisions of these International Conventions.

## IN CONCLUSION

For far too long our people the Aboriginal American Indians have been treated as below human, reclassified, beaten, lynched, persecuted, and robbed of our history and dignity. Many good people from the United States and the International community have fought to change this reality by passing resolutions, declarations, and laws to put a cease to our abuse. For the love of these great individuals, their spirit, and the need to restore and maintain peace on our land, we demand that the laws, resolutions, and declarations be respected and enforced, so justice finally prevails.

Wi the People seek SAFE PASSAGE in our RIGHT OF RETURN~

AH SHo!

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

Attested and executed this 21st day of ___January___ 20_22_

**Representative Signatories,**

S/ _____
Principal Chieftess Sahani Ugidahli, Dr. Monique Y Tate (GA)

/S/ _____
Emah AHNEETAH Anita Lawson, Chief Mother (NJ)

/S/ _Chieftess Suriah Ota'Dabun_
Chieftess Suriah Ota' Dabun, Clan Mother & Chief Justice (AL)

/S/ _____
Chieftess Teh'Yah Handy Clan Mother & Administration, Oka Nashoba Chikashah (TN, MS, AR)

/S/ _____
Chieftess Eyota, Clan Mother & Government Administration (AL)

/S/ _____
Chief Eagle Eye of Oka Nashoba Chikashah Nation, (TN, AR)

/S/ _Two White Arrows_
Ray Hall, Two White Arrows, Deputy Ambassador (MI)

/S/ _Anu Deganoweeda Thunder (Ronnie McLean)_
Anu Deganoweeda Thunder (Ronnie McLean), Ambassador (NY & Canada)

/S/ _____
Chief Little Tornado of Ba-Pakal Luma Nation (NC, VA, FL)



**OFFICIAL RAISED SEAL**

SH'NETEKAHOOL-
**It is Written It is Spoken It is Heard**

CNNA (USA) Headquarters: 124 Saunders Street, Flovilla, GA 30216
Mailing: P O Box 1841 Jackson, GA 30216 Office: 678) 752-8455
http://coosanationstate.org

## DECREE OF RELIGIOUS AND LAWFUL RIGHT OF

## REPRESENTATION

I  Patrick Dwyon Jones,  Indigenously known as  Patrick Dwyon Jones

Solar return on Turtle Island (born) September 16, 1968  am kinship of Coosa Nation of North America (USA). It is understood that I am a free and natural being who will always maintain my ability to speak for myself and decide for myself.  I am no one's property or ward and neither are my children.  I am an adult, free to ask for assistance in financial, legal, and personal matters.  I am very capable of making decisions when I am given proper free and informed information. My asking of opinions or external advice should in no way be interpreted as a lack of proper ability to function or represent myself.  No man, woman, or individual has total knowledge of any matter, that ability is received from the spirit plane from the Great Spirit and the ancestors.

In our culture no man or woman stands alone. We are lifted-up and guided by our ancestors and from the aid of our brothers and sisters, as counsels, advocates, and advisors.  This process and religious rights are recognized by our Nation's kinship as an important cultural right, which promotes truth, justice, and full review of personal matters.  It is a religious right and therefore protected by treaty and constitutional decree.[1]

---

[1] "...*Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations; Whereas, from the first treaty entered into with an Indian Nation, the treaty with the Delaware Indians of September 17, 1778, the Congress has assumed a trust responsibility and obligation to Indian tribes and their members; Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealing with Indians" as provided for the Northwest Ordinance of 1787, (1 Stat. 50); Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship...*" [100th CONGRESS 2D Session H. CON. RES. 331]

"...*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding*" [Article 6 of the United States Constitution]

"...*A concurrent resolution to acknowledge the contribution of the Iroquois Confederacy of Nations to the development of the United States Constitution and to reaffirm the continuing of government-to-government relationship between Indian Tribes and the United States established in the Constitution*" [H. Con. Res. 331- 100th Congress (1987-1988)]

Sr NAH AH KAH   **THIS FORM IS PUBLISHED BY COOSA NATION-STATE OF NORTH AMERICA (USA)**
All Rights Reserved ©2021 In accordance with U.N. Resolution 1514-Decolonization Act (1960).
Questions or concerns? Contact: PHONE: 1-678-752-8455; EMAIL: coosanationusa@outlook.com
WEBSITE: http://coosanationstate.org

Due to the miseducation, with regards to our Nations having a government-to-government relationship for the Republic for which we stand, as stated in multiple laws, and the confusion/misnomer of the title 25 Native Americans, frequently it has become necessary for our people to make special appearances in U.S. State Courts. I have issued this proclamation to ensure that your state governments respect my rights as an American Indian, indigenous aboriginal to this land, and understand that I am separate from your government and not a title 25 Native American.[2]

I have lawful Inherent Sovereignty as an American Indian and kinship of Coosa Nation of North America (USA) wherever my feet touch the soil which means there should not be any interference from any of your officials, with regards to myself having witnesses, counsels, or

---

*SEE: The Gayanashgowa- The Great Law of Peace [Aboriginal Treaty(s): The Wampum Belt, Peace Pipe Treaty]

[2] " *The Indian of this continent is not of the Mongolian type modern science may have shown conclusively that it was not peopled by the inhabitants of Asia, but that the Aborigines are a distinct type, and as such claim a distinct origin, still, this would not in any degree, alter the meaning of the term, and render that specific which was before generic as the word "Indian," are not to be regarded as generic terms, including the two great races which they were intended to designate, but only specific, and applying to those Negroes who were inhabitants of this continent at the time of the passage of the Act Indians, which appellation was universally adopted, and extended to the aboriginals of the New World, as well as of Asia" [The People v. Hall- Ancestors in the Americas- Supreme Court 4 Cal. 399, October 1, 1854]*

*Fundamentally, **Title 25 Native American** (s) is a political status not a definer of the ancestry/ethnicity of American Indians in the historical sense as defined in the above Supreme Court citation) [SEE also: Who Is an American Indian or Alaska Native?: "In fact, there is no single federal or tribal criterion or standard that establishes a person's identity as American Indian or Alaska Native. There are major differences, however, when the term "American Indian" is used in an ethnological sense versus its use in a political/legal sense"-Frequently Asked Questions- BIA]*

*The original ancestors/inhabitants of North America (Turtle Island) and all of the Americas were/are ethnologically known as Negroes/Negroes da Terra [SEE REFERENCES: The Use of the Terms "Negro" and "Black" to Include Persons of Native American Ancestry in "Anglo" North America by Jack D. Forbes; Blacks and Indians: Common Cause and Confrontation in Colonial Brazil by Stuart B. Schwartz Yale University; That The Blood stays pure by Dr. Arica Coleman; Diciona'rio do Brasil colonial, 1500-1808 Ronaldo Vainfas; Don't Call My Dummy No Dummy by Jameel Shamsid-deen; etcetera].*

**Furthermore, United States' federal recognition processes (1994) is indicative of the continuum of paper genocide and ethnic "cleansing" war against American Indians (known ethnically as American Aborigines/Negroes and racially reclassified as colored, black, Afro- Americans, African Americans etc.) post 1968 Indian Civil Rights Act and at the onset of the War on Drugs, whereas the crime of identity fraud and land theft persist at the hands of State Actors in contravention of the Convention on the Elimination of All Forms of Racial Discrimination (1965) to usurp our rights to Safe Passage and Right of Return. Everyone has a right to Nationality as an inherent natural (human) right [UDHR, Article 15].*

**THIS FORM IS PUBLISHED BY COOSA NATION-STATE OF NORTH AMERICA (USA)**
All Rights Reserved ©2021 In accordance with U.N. Resolution 1514-Decolonization Act (1960).
Questions or concerns? Contact: PHONE: 1-678-752-8455; EMAIL: coosanationusa@outlook.com
WEBSITE: http://coosanationstate.org

consuls assisting me in representing myself, at any time in your local, state, or federal courts, in or outside the courtroom including international tribunals and courts.

As an Aboriginal American Indian, I am protected by the U.S. Constitution and all its treaties, the Geneva Convention of 1945, the United Nations Declaration of the Rights of Indigenous Peoples, the American Declaration of the Rights of Indigenous People, International Covenant on Civil and Political Rights, the Convention on the Prevention and Punishment of the Crime of Genocide and entitled to U. N. Resolution 1514 and 1654 with regard to the Declaration on the granting of independence to colonial countries and peoples.

Therefore, be it known on this date the __19__ of _May_ in the year of _2022_ I enforce my right to have witnesses, assistants, consuls, or counsels from the brothers and sisters of my Nation as determined by me, and for me, to defend or prosecute offenders against me and my people.

The main contacts with my Nations are through my Chiefs:

Principal Chieftess Sahani Ugidahli, Dr. M. Tate
Chieftess of Justice, Suriah Ota'Dabun
Chief Mother, AHNEETAH, Mrs. Anita L. Lawson
Ambassador Anu Deganoweeda Thunder, Ronnie McLean, NCSO

MAILING ADDRESS:

CNNA (USA)
P.O. Box 1841
Jackson, G.A. 3023
Chief-bluefeather@outlook.com
Cnna-councilofnine@outlook.com

As a tribal member and indigenous living being of the Great Spirit and ancestors, I invoke all my living natural rights that I have never given up.

Signed _Patrick Dwyon Jones_

Tribal Kinship

**OFFICIAL SEAL(s)**



Authorized by CNNA (USA)
Council of Nine

**THIS FORM IS PUBLISHED BY COOSA NATION-STATE OF NORTH AMERICA (USA)**
All Rights Reserved ©2021 In accordance with U.N. Resolution 1514-Decolonization Act (1960).
Questions or concerns? Contact: PHONE: 1-678-752-8455; EMAIL: coosanationusa@outlook.com
WEBSITE: http://coosanationstate.org

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Signature of Plaintiff

Printed Name of Plaintiff | Patrick Dwyon Jones

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address | 97 NW 3rd Ave
State and Zip Code | Webster Florida 33597
Telephone Number | 832-882-8056
E-mail Address | ysanders13@gmail.com

ysanders13@mail.com
352-282-2018