**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PATRICK DWYON JONES,

        Plaintiff,

v.                                                             Case No:   5:22-cv-482-GAP-PRL

DAVID RAMOS, RODGER
BERLYNE, PATRIENA SENITA
ALLEN, JONATHAN LAMONT
OWENS, SR , KWAVIUS LENARD
WILLIAMS, JONATHAN LAMONT
OWENS, JR , USAA CASUALTY
INSURANCE COMPANY, STATE OF
FLORIDA, SUMTER COUNTY
SHERIFF, WILLIAM M. GLADSON,
STEPHEN A. FERN, CHRISTOPHER
L SHROPA, MARY P HATCHER and
GLORIA R HAYWARD,

        Defendants

**ORDER**

On February 6, 2023, Magistrate Judge Lammens issued a Report and Recommendation (Doc. No. 9) recommending that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 2) be denied and the Amended Complaint (Doc. No. 5) dismissed.   Plaintiff filed Objections to the Report and Recommendation on March 2, 2023 (Doc. No. 13).   These objections are infected with the same

nonsense and frivolity noted in the Report and Recommendation and are patently without merit.   Having reviewed Plaintiff's objections pursuant to Fed. R. Civ. Proc. 72, it is

**ORDERED** that the Plaintiff's objections are overruled, and the Report and Recommendation (Doc. No. 9) is confirmed.   Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED** and Plaintiff's Amended Complaint (Doc. No. 5) is hereby dismissed.   The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 3, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Patrick D. Jones
97 Northwest Third Avenue
Webster, FL   33597